AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 SEP 18 PM 12:29

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America<br>v.<br><br>HARKAMAL SINGH<br><br>*Defendant(s)* | Case No.<br>2:25-mj-00127-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2023__ in the county of __Washington__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During Purchase of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFA James F. Loomis, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __9/18/25__

_____
*Judge's signature*

City and state: __Burlington, Vermont__     Honorable Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*